# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 30, 2006

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

**Hon.** DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>No. 05-2861　　　　　　　v.<br><br>RIAKOS BARKER,<br>　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District<br>] of Indiana, Fort Wayne<br>] Division.<br>]<br>] No. 03 CR 12<br>]<br>] Theresa L. Springmann,<br>]　　　Judge. |

The slip opinion issued in the above-entitled cause on October 30, 2006, is amended as follows:

Page 7, fifth line under section B., delete "Diers" and replace with "Lovelace".